```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

| | | |
|---|---|---|
| JEFFREY WALTERS, on behalf of himself and all others similarly situated | § § § § | |
| VS. | § § | ACTION NO. 4:23-CV-101-Y |
| PPB OPCO, LLC, d/b/a PULLIAM POOLS | § § | |

## FINAL JUDGMENT

In accordance with the Stipulation of Dismissal filed on September 15, 2023, and Federal Rule of Civil Procedure 58, Plaintiff's claims are hereby DISMISSED WITH PREJUDICE to their refiling. The potential class members' claims are DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED September 20, 2023.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE